IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHRIS LOPEZ and LISA LOPEZ,**

    **Plaintiffs,**

**v.**                                                                                                  **No. 13-cv-0682 GBW/SMV**

**CITY OF RIO RANCHO, et al.,**

    **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:        March 5, 2014, at 1:30 p.m.

    **Matter to be heard**:   Status Conference

A telephonic status conference is hereby set for **March 5, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.